# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00867-CV

**In re Taylor Conner**

## ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M  O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Edward Smith, Justice

Before Justices Goodwin, Triana, and Smith

Filed: October 27, 2020